IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL HALL and KATHRYN TYLER,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) **No. 13-CV-441** ) **Judge James B. Zagel** ) **Magistrate Judge Young B. Kim** |
| **THE CITY OF CHICAGO,** | ) ) |
| **Defendant.** | ) |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss this action without prejudice.

Dated: August 6, 2013

Stephen Kolodziej
FORD & BRITTON, P.C.
33 N. Dearborn Street, Suite 300
Chicago, IL 60602
(312) 924-7500
(312) 924-7516 (fax)
skolodziej@fordbritton.com

Respectfully submitted,

s/ Charles J. Cooper
Charles J. Cooper*
David H. Thompson*
Peter A. Patterson*
Nicole J. Moss[*]
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
ccooper@cooperkirk.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

1

2

**CERTIFICATE OF SERVICE**

    I, Charles J. Cooper, hereby certify that on this 6th day of August, 2013, I caused a copy of the foregoing to be served by electronic filing on:

>Andrew W. Worseck
>Rebecca Alfert Hirsch
>City of Chicago, Department of Law
>Constitutional & Commercial Litigation Division
>30 N. LaSalle Street, Suite 1230
>Chicago, IL 60602

>    s/ Charles J. Cooper
>       Charles J. Cooper